

ENTERED
11/16/2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
PRAGATI  VAIDYA § CASE NO: 18-36401
    Debtor(s) §
 § CHAPTER 11

## ORDER FOR
## CHAPTER 11 STATUS CONFERENCE

On December 5, 2018 at 10:30 a.m. (Central Standard Time) at the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #401, 515 Rusk Street, Houston, TX 77002 the Court will conduct an initial status conference by video in the above-captioned case. It is therefore:

**ORDERED:**

1. Debtor, or Debtor's representative and Debtor's primary bankruptcy counsel must appear at this status conference;

2. No fewer than five (5) days prior to the status conference set by this Order, the Debtor must file a Chapter 11 Status Conference Statement on the Court's CM/ECF system that addresses the following:

    a. The business, financial, and other problems that prompted the filing of this case;
    b. Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);
    c. Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);
    d. Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management;
    e. Postpetition operations and revenue;
    f. Status of any litigation pending in or outside this Court;
    g. Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview;
    h. Type and adequacy of insurance coverage;
    i. An outline of the proposed plan;
    j. A proposed schedule for filing and confirming the proposed plan;
    k. Debtor-In-Possession Bank Account; and
    l. Any other matters that might materially affect the administration of this case.

3. The Debtor shall serve its Chapter 11 Status Conference Statement on the United States Trustee and any official committee appointed pursuant to 11 U.S.C. § 1102, or, if no such committee(s) has (have) been appointed, on the creditors that hold the twenty largest general unsecured claims, excluding insiders. If any committee is represented by counsel,

service upon committee counsel shall constitute service upon the committee. Failure to comply with this order may result in conversion of this case to one under Chapter 7.

SIGNED 11/16/2018.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge