

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/16/2018

| | | |
|---|---|---|
| IN RE: | § | |
| PRAGATI  VAIDYA | § | CASE NO: 18-36401 |
| Debtor(s) | § | |
| | § | CHAPTER  11 |

**ORDER FOR**
**CHAPTER 11 STATUS CONFERENCE**

On December 5, 2018 at 10:30 a.m. (Central Standard Time) at the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #401, 515 Rusk Street, Houston, TX 77002 the Court will conduct an initial status conference by video in the above-captioned case. It is therefore:

**ORDERED:**

1. Debtor, or Debtor's representative and Debtor's primary bankruptcy counsel must appear at this status conference;

2. No fewer than five (5) days prior to the status conference set by this Order, the Debtor must file a Chapter 11 Status Conference Statement on the Court's CM/ECF system that addresses the following:

    a. The business, financial, and other problems that prompted the filing of this case;
    b. Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a);
    c. Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.);
    d. Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management;
    e. Postpetition operations and revenue;
    f. Status of any litigation pending in or outside this Court;
    g. Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview;
    h. Type and adequacy of insurance coverage;
    i. An outline of the proposed plan;
    j. A proposed schedule for filing and confirming the proposed plan;
    k. Debtor-In-Possession Bank Account; and
    l. Any other matters that might materially affect the administration of this case.

3. The Debtor shall serve its Chapter 11 Status Conference Statement on the United States Trustee and any official committee appointed pursuant to 11 U.S.C. § 1102, or, if no such committee(s) has (have) been appointed, on the creditors that hold the twenty largest general unsecured claims, excluding insiders. If any committee is represented by counsel,

service upon committee counsel shall constitute service upon the committee. Failure to comply with this order may result in conversion of this case to one under Chapter 7.

SIGNED 11/16/2018.

                                                    Eduardo V. Rodriguez
                                        United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                          Case No. 18-36401-evr
Pragati Vaidya                                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: jchavez              Page 1 of 1              Date Rcvd: Nov 16, 2018
                              Form ID: pdf002            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db             +Pragati Vaidya,    5531 Pine St.,    Unit S,    Houston, TX 77081-7338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 2