NOV.28.2018.

Case # 18-36401.
Proposed Emergency ~~Motion~~ 

Honorable Judge,

I filed Bankruptcy on Nov. 13th Case Number: 18-36401. In the recent days the judge issued a rendition for my divorce case and gave my current residence to my ex-husband on Nov. 14th. I filed for Bankruptcy as I am not able to have any opportunity to lease an apartment due to job loss. I am asked to evacuate the house on 5531 Pine St, Unit 'S' Houston, Tx, 77081 on friday Nov. 30 at 9am. This will leave me with no place to live. I am requesting the court to stop this evacuation till my case is considered here at the Bankruptcy court. I am attaching the court's / Judge's rendition that I recieved on Nov. 20. 2018. I am also attaching the copy of the bankruptcy notice, that I have filed with the family law court with the reciept from the clerk on family law case number ~~██████~~ 2015-69153. Kindly grant me consideration during such difficult time of my life.

Yours sincerely,
Pragati Vaidya
713-306-6336.

Granted / Denied