UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  18-36401 |
| PRAGATI  VAIDYA | § | |
| DEBTORS(S), | § | CHAPTER  11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 28th day of NOV ,2018, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

US TRUSTEE (HOUSTON)  
OFFICE OF THE US TRUSTEE  
515 RUSK AVENUE STE. 3516  
HOUSTON, TX 77002  

PRAGATI  VAIDYA  
5531 PINE ST, UNIT S  
HOUSTON, TX 77081  

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
PO Box 3064  
HOUSTON, TX 77253-3064  
Telephone:  (713) 844-3400  
Facsimile:   (713) 844-3503  
Email:          houston_bankruptcy@publicans.com  

By: /s/ Tara L. Grundemeier  
Tara L. Grundemeier  
SBN: 24036691 TX