Date: ~~Nov~~ Dec-10-2018.

Case Number: 18-36401.

Reference: Communication via email

United States Courts
Southern District of Texas
FILED

DEC 10 2018

David J. Bradley, Clerk of Court

To,
  Whomsoever it may concern,

I, Pragati Vaidya, debtor for Case Number: 18-36401 is requesting for both email as well as mail correspondence regarding all the communications that the court has in my case reference. My email is:
Vaidya.pragati@yahoo.com.
My mailing Address is:
  5531 Pine St, Unit 5
  Houston, Tx. 77081.
My Phone Number is: 713-306-6336.

I sincerely appreciate all your help in this case.

Kind Regards,
Pragati Vaidya.