United States Courts
Southern District of Texas
FILED

DEC 1 0 2018

David J. Bradley, Clerk of Court

Fill in this information to identify your case:

Debtor 1: Pragati _____ Vaidya
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): N/A
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number (If known): 18-36401

☐ Check if this is an amended filing

## Official Form B 3A
## Application for Individuals to Pay the Filing Fee in Installments   12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   - ☐ Chapter 7
   - ☑ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   $ 429.25   ☐ With the filing of the petition   12/11/2018
              ☑ On or before this date........  MM / DD / YYYY

   $ 429.25   On or before this date...........  01/11/2019
                                                 MM / DD / YYYY

   $ 429.25   On or before this date...........  02/11/2019
                                                 MM / DD / YYYY

   + $ 429.25 On or before this date...........  03/11/2019
                                                 MM / DD / YYYY

   Total  $ 1717.00   ◀ Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

■ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

■ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

■ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

x _____    x N/A _____    x N/A _____
Signature of Debtor 1         Signature of Debtor 2              Your attorney's name and signature, if you used one

Date 12/10/2018               Date _____                  Date _____
MM / DD / YYYY                MM / DD / YYYY                    MM / DD / YYYY

Official Form B 3A            Application for Individuals to Pay the Filing Fee in Installments

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pragati | Vaidya |
| | First Name   Middle Name | Last Name |
| Debtor 2 | N/A | |
| (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number   18-36401
(If known)

Chapter filing under:
- ❏ Chapter 7
- ☑ Chapter 11
- ❏ Chapter 12
- ❏ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 429.25 | 12/11/2018 Month / day / year |
| $ 429.25 | 01/11/2019 Month / day / year |
| $ 429.25 | 02/11/2019 Month / day / year |
| + $ 429.25 | 03/11/2019 Month / day / year |
| **Total** $ 1717.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____   By the court: _____
Month / day / year                         United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Pragati Vaidya

Case No.: 18-36401

### NOTICE BY CLERK OF PENDING DISMISSAL OF CASE
### FOR FAILURE TO PAY FILING FEE

By authority of Rule 1017(b) of the Federal Rules of Bankruptcy Procedure, the Clerk of Court hereby serves notice that the filing fee (or an installment of the filing fee) for this case has not been paid as required by law. The Court may dismiss this case 14 days after the issuance of this notice (the "Dismissal Date") unless:

1. The filing fee (or delinquent installment) is paid before the Dismissal Date, or

2. Prior to the Dismissal date, a party in interest requests a hearing.

*THIS IS YOUR NOTICE AND OPPORTUNITY FOR A HEARING. AS PERMITTED BY SECTION 102(1) OF THE BANKRUPTCY CODE. THE COURT MAY DISMISS THIS CASE WITHOUT AN ACTUAL HEARING IF NO HEARING IS TIMELY REQUESTED.*

ISSUED ON 11/26/18

David J. Bradley
Clerk of Court

01015243                        8310401525801 2