United States Courts
Southern District of Texas
FILED

DEC 1 0 2018

David J. Bradley, Clerk of Court

## Case Number: 18-36401

Date: 12-10-2018

Reference: Request for Payment Plan to pay the Fee for Chapter 11 Case: 18-36401

Honorable Judge,

I the debtor, Pragati Vaidya have filed for Bankruptcy, Chapter 11 on Nov 13, 2014. I do not have an attorney at this time. I am looking for a probono attorney, and I am having a hard time to find one. I am also not from legal background, so I did not realize that the fee needs to be paid at the time of filing. I have some amount that I can afford as an installment plan.

I have received the attached letter for filing of fee for an amount of $1,717.00. As of today, this is a very high amount for me. I request to please grant me a payment plan so I can pay this each month on 11th day of the month. I am also attaching Official Form B3A: "Application for individuals to pay the filing fee in installments". I am also attaching the letter that I got notified in the mail about the fee due. If required I am also ready to appear for a hearing for the same.

I am taking all necessary actions to continue my case as well as abide by the rules. Please grant me as requested.

Yours Sincerely,

Pragati Vaidya

713.306.6336