United States Courts
Southern District of Texas
FILED

DEC 1 1 2018

David J. Bradley, Clerk of Court

**Fill in this information to identify your case:**

| Debtor 1 | Pragati | Vaidya | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number 18-36401
(If known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Primary Homestead Reside<br>Line from *Schedule A/B*: _____ | $98,000 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Homestead Exemption<br>_____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes

Debtor 1   Pragati                    Vaidya
          First Name    Middle Name      Last Name

Case number (if known) 18-36401

---

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

HARRIS COUNTY APPRAISAL DISTRICT
REAL PROPERTY ACCOUNT INFORMATION
**1287220010002**

Tax Year: 2018

🖶 **Print**

### Owner and Property Information

| Owner Name & Mailing Address: | **VAIDYA PRAGATI**<br>**5531 PINE ST UNIT S**<br>**HOUSTON TX 77081-7338** | Legal Description: | **LT 2 BLK 1**<br>**PINE STREET T/H** |
|---|---|---|---|
| | | Property Address: | **5531 PINE ST # S**<br>**HOUSTON TX 77081** |

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Neighborhood Group | Market Area | Map Facet | Key Map® |
|---|---|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 1,566 SF | 2,668 SF | 7492.08 | 1258 | 122 -- 1B Meyerland, Maplewood, Westbury Areas | 5154A | 531J |

### Value Status Information

| Value Status | Notice Date | Shared CAD |
|---|---|---|
| Noticed | 04/13/2018 | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | Exemption Value | ARB Status | 2017 Rate | 2018 Rate |
|---|---|---|---|---|---|---|
| Residential Homestead | 001 | HOUSTON ISD | 105,000 | Certified: 08/10/2018 | 1.206700 | 1.206700 |
| | 040 | HARRIS COUNTY | 80,000 | Certified: 08/10/2018 | 0.418010 | 0.418580 |
| | 041 | HARRIS CO FLOOD CNTRL | 80,000 | Certified: 08/10/2018 | 0.028310 | 0.028770 |
| | 042 | PORT OF HOUSTON AUTHY | 80,000 | Certified: 08/10/2018 | 0.012560 | 0.011550 |
| | 043 | HARRIS CO HOSP DIST | 80,000 | Certified: 08/10/2018 | 0.171100 | 0.171080 |
| | 044 | HARRIS CO EDUC DEPT | 80,000 | Certified: 08/10/2018 | 0.005195 | 0.005190 |
| | 048 | HOU COMMUNITY COLLEGE | 40,000 | Certified: 08/10/2018 | 0.100263 | 0.100263 |
| | 061 | CITY OF HOUSTON | 80,000 | Certified: 08/10/2018 | 0.584210 | 0.588310 |

Texas law prohibits us from displaying residential photographs, sketches, floor plans, or information indicating the age of a property owner on our website. You can inspect this information or get a copy at **HCAD's information center at 13013 NW Freeway.**

### Valuations

| | Value as of January 1, 2017 | | | Value as of January 1, 2018 | | |
|---|---|---|---|---|---|---|
| | Market | Appraised | | | Market | Appraised |
| Land | 112,995 | | Land | | 112,995 | |
| Improvement | 287,005 | | Improvement | | 287,005 | |
| Total | 400,000 | 400,000 | Total | | 400,000 | 400,000 |

### Land

| | Market Value Land | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
| 1 | 1001 -- Res Improved Table Value | SF1 | SF | 1,500 | 1.00 | 1.00 | 1.00 | -- | 1.00 | 75.00 | 75.00 | 112,500.00 |

| 2 | 1001 -- Res Improved Table Value | SF3 | SF | 66 | 1.00 | 0.10 | 1.00 | -- | 0.10 | 75.00 | 7.50 | 495.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Building

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Building Details |
|---|---|---|---|---|---|---|
| 1 | 2014 | Residential Single Family | Residential 1 Family | Excellent | 2,668 * | Displayed |

\* All HCAD residential building measurements are done from the exterior, with individual measurements rounded to the closest foot. This measurement includes all closet space, hallways, and interior staircases. Attached garages are not included in the square footage of living area, but valued separately. Living area above *attached* garages is included in the square footage living area of the dwelling. Living area above *detached* garages is not included in the square footage living area of the dwelling but is valued separately. This method is used on all residential properties in Harris County to ensure the uniformity of square footage of living area measurements district-wide. There can be a reasonable variance between the HCAD square footage and your square footage measurement, especially if your square footage measurement was an interior measurement or an exterior measurement to the inch.

Building Details (1)

| Building Data | |
|---|---|
| Element | Detail |
| Foundation Type | Slab |
| Exterior Wall | Stucco |
| Heating / AC | Central Heat/AC |
| Grade Adjustment | A |
| Physical Condition | Average |
| Cond / Desir / Util | Average |
| Element | Units |
| Room: Rec | 1 |
| Fireplace: Direct Vent | 1 |
| Room: Half Bath | 1 |
| Room: Bedroom | 3 |
| Room: Total | 8 |
| Room: Full Bath | 3 |

| Building Areas | |
|---|---|
| Description | Area |
| OPEN FRAME PORCH LWR | 40 |
| OPEN FRAME PORCH PRI | 68 |
| BASE AREA UPR | 1,072 |
| BASE AREA PRI | 980 |
| BASE AREA LWR | 616 |
| FRAME GARAGE LWR | 400 |
| OPEN FRAME PORCH LWR | 48 |