UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRAGATI VAIDYA | * | |
| | * | CASE NO. 18-36401-H3-11 |
| Debtor | * | |

## ORDER ON EXPEDITED MOTION TO DISMISS

On _____, 2018, the Court considered the Expedited Motion to Dismiss filed by Amit Choudhary.

After considering the pleadings on file, the evidence and the argument of counsel the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that this case is dismissed.

SIGNED on _____.

_____
UNITED STATES BANKRUTPCY JUDGE