

ENTERED
12/12/2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
PRAGATI  VAIDYA § CASE NO: 18-36401
Debtor(s) §
§ CHAPTER  11

## ORDER SETTING HEARING

A hearing on Expedited Motion to Dismiss filed by Amit Choudhary, [ECF No. 20], shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #401, 515 Rusk Street, Houston, Texas, 77002  on Tuesday, December 18, 2018 at 10:30 a.m. (Central Standard Time).

Within one business day of receipt of this Order, the movant shall serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 12/12/2018.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge