UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRAGATI VAIDYA | * | |
| | * | CASE NO. 18-36401-H3-11 |
| Debtor | * | |

**NOTICE OF HEARING ON EXPEDITED MOTION FOR RELIEF FROM STAY**

NOTICE IS HEREBY GIVEN THAT a hearing in said cause will be held in U.S. Bankruptcy Court, 515 Rusk, Courtroom 401, Houston, Texas 77002, on the 18th day of December 2018 at 10:30 a.m. or at such time thereafter as set by the Court, to consider and act upon the following:

Expedited Motion for Relief from Stay (Docket #23)

Dated at Houston, Texas, this 13th day of December 2018.

LAURA DALE & ASSOCIATES, P.C.

/s/ Liza A. Greene
LIZA A. GREENE
Attorney for Movant
State Bar No. 14547800/Fed. Id. No. 6709
1800 St. James Place, Suite 620
Houston, Texas 77056
Tel: (713) 600-1717
Fax: (713) 600-1718
lgreene@dalefamilylaw.com

**Certificate of Service**

This is to certify that a true and correct copy of the above Notice of Hearing, has been forwarded by electronic filing, facsimile and/or mailed by regular mail, postage pre-paid on the 13th day of December 2018, to all interested parties as shown on the attached Service List.

/s/ Liza A. Greene
LIZA A. GREENE