IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| PRAGATI VAIDYA | § | CASE NO.   18-36401-H3-11 |
| Debtor | § | Chapter 13 |

### AMIT CHOUDHARY'S WITNESS & EXHIBIT LIST

| | |
|---|---|
| | Name of Debtor: Pragati Vaidya |
| | Judge: Eduardo Rodriguez |
| Witnesses: | Courtroom Deputy: |
| 1. Laura D. Dale | Hearing Date:  December 18, 2018 |
| 2. Any witness designated by any other party | Hearing Time: 10:30 a.m. |
| | Party's Name: Amit Choudhary |
| | Attorney's Name Liza A. Greene |
| | Attorney's Phone: (713) 600-1717 |
| | Nature of Proceeding: Expedited Motion to Dismiss and Expedited Motion for Relief from Stay |

### EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Voluntary Petition filed on November 13, 2018 (Docket #1) | X | | | |
| 2 | Notice of Failure to Pay Filing Fees (Docket #8) | X | | | |
| 3 | Application for Individuals to Pay the Filing Fee in Installments (Docket #16) | X | | | |
| 4 | Bankruptcy Docket Report dated December 13, 2018 | X | | | |
| 5 | Family Court's Rendition signed November 14, 2018 | X | | | |

| 6 | Notice of Bankruptcy Case Filing dated November 28, 2018 | X | | | |

Respectfully submitted,

LAURA DALE & ASSOCIATES, P.C.

/s/ Liza A. Greene_____
LIZA A. GREENE
Attorney for Amit Choudhary
Bar No. 14547800/Id. No. 6709
1800 St. James Place, Suite 620
Houston, Texas 77056
Telephone: (713) 600-1717
Facsimile: (713) 600-1718
lgreene@dalefamilylaw.com

**Certificate of Service**

This is to certify that the foregoing Witness and Exhibit List was sent by electronic filing and e-mail on the 13th day of December, 2018, to:

Pragati Vaidya
Debtor
5531 Pine St., Unit S
Houston, Texas 77081
vaidya.pragati@yahoo.com

Stephen Douglas Statham
Office of U.S. Trustee
515 Rusk Ave., Suite 356
Houston, Texas 77002
Stephen.statham@usdoj.gov

/s/ Liza A. Greene_____
Liza A. Greene