

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/18/2018

| In re: | § | Case No. 18-36401-H3-11 |
|---|---|---|
| PRAGATI VAIDYA | § | (Chapter 11) |

### ORDER MODIFYING AUTOMATIC STAY TO ALLOW PROSECUTION OF DIVORCE PROCEEDING

The automatic stay is modified as follows:

1. The debtor and debtor's spouse or former spouse may prosecute their divorce proceeding.

2. Orders regarding the establishment or modification of the obligation to support the spouses may be issued. Execution of orders is allowed only to the extent permitted by 11 U.S.C. § 362(b). Other orders of the type described in 11 U.S.C. § 362(b) may also be issued and enforced by the state court to the extent allowed by 11 U.S.C. § 362(b).

3. Orders respecting the division of community property may be issued by the state court and may be enforced as follows:

    A. If the orders pertain to property that has been determined to be exempt property under the Bankruptcy Code, the orders may be enforced without further order of this Court.

    B. If the orders pertain to property that has not been determined to be exempt property under the Bankruptcy Code, the orders may not be enforced except as further ordered by this Court.

Movant Should Also Complete One Of The Attached Certificates, If Applicable

Signed: December 18, 2018

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

**THE FOLLOWING BOX TO BE COMPLETED ONLY IF ORDER IS AGREED:**

---

**AGREED AND ENTRY REQUESTED:**

| | |
|---|---|
| _____ | _____ |
| Signature- Movant's counsel (or Movant, if pro se) | Signature-Non-Movant's counsel (or Non-Movant, if pro se) |
| Name: Liza A. Greene | Name: _____ |
| State Bar No.: 14547800 | State Bar No.: _____ |
| S.D. Tex. Bar No.: 6709 | S.D. Tex. Bar No. _____ |
| Address: 1800 St. James Place, Suite 620 | Address: _____ |
| Houston, Texas 77056 | _____ |
| Telephone: (713) 600-1717 | Telephone: _____ |
| Fax: (713) 600-1718 | Fax: _____ |
| E-mail: lgreene@dalefamilylaw.com | E-mail: _____ |

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

---

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

---

**Movant's counsel's certification**:

Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on December 12, 2018. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the respondent, the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

_____          _____
Movant's counsel signature                                                                Date
Name: Liza A. Greene
State Bar No.: 14547800
S.D. Tex. Bar No.: 6709
Address: 1800 St. James Place, Suite 620
         Houston, Texas 77056
Telephone: (713) 600-1717
Fax: (713) 600-1718
E-mail: lgreene@dalefamilylaw.com